
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

January 27, 2022

<u>*Via ECF*</u>
Hon. Ronnie Abrams
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Damion Reid v. IBT Media Inc.*
     Docket No: 1:21-cv-08809-RA

Dear Judge Abrams:

  We are the attorneys for Plaintiff Damion Reid in this matter and write pursuant to Section 1.D of the Court's Individual Rules & Practices to respectfully request the Court adjourn the Initial Conference scheduled for February 4, 2022 at 10:30 a.m., as well as the January 28, 2022 deadline to file the parties' joint letter and proposed case management plan, sine die.

  Plaintiff makes this request as the Defendant IBT Media Inc. is in default of appearing and answering the complaint, and the Clerk's Certificate of Default was entered against Defendant on January 4, 2022. Plaintiff has attempted to contact Defendant and its prior known counsel regarding this matter, and if Defendant still does not respond or appear in the action, Plaintiff intends to proceed with its motion for default judgment within forty-five (45) days.

  (1) the original date of the conference is February 4, 2022 (and deadline to file the joint letter is January 28, 2022);

  (2) no previous requests for adjournment or extension have been made;

  (3) no previous requests were granted or denied;

  (4) No other dates will be impacted by this request as Defendant is currently in default of answering or appearing [Dkt. No. 13].

  Thank you for your consideration of this request.

Respectfully submitted,

/s *Craig B. Sanders*
Craig B. Sanders

---

Application granted. The conference scheduled for February 4, 2022 is adjourned *sine die*. If Plaintiff intends to file a default judgment motion, he shall do so by no later than March 11, 2022.
SO ORDERED.

_____
Hon. Ronnie Abrams
January 28, 2022